UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09-CR-570 CEJ |
| | ) | |
| JAMES HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Frederick R. Buckles for determination and recommended disposition, where appropriate. On April 23, 2010, Judge Buckles issued a Memorandum, Report and Recommendation with respect to the defendant's motion to suppress evidence and statements. No objections to the Report and Recommendation have been filed, and the time allowed for doing so has elapsed.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Report and Recommendation of United States Magistrate Judge Frederick R. Buckles is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant James Harper to suppress evidence and statements [Doc. # 15] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of May, 2010.